# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2021

162349

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* SMIELEWSKI, Minors.

SC: 162349
COA: 353405
Sanilac CC Family Division:
  18-036243-NA

_____/

On order of the Court, the application for leave to appeal the November 12, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2021



p0119

Clerk